# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN JANINE WATSON,<br><br>      Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:21-cv-1717-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SCHEDULING ORDER<br><br>(Doc. No. 2) |

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. The Clerk is directed to issue the Scheduling Order and summons. Service shall proceed under the Court's E-Service program set forth in the Scheduling Order.

Dated:   December 7, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE