1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KRISTIN WATSON,                          Case No.  1:21-cv-01717-ADA-HBK

12              Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS, DENYING
13        v.                                   PLAINTIFF'S MOTION FOR SUMMARY
                                               JUDGMENT, GRANTING DEFENDANT'S
14   COMMISSIONER OF SOCIAL                    CROSS-MOTION FOR SUMMARY
     SECURITY,                                 JUDGMENT, AND AFFIRMING THE
15                                             DECISION OF THE COMMISSIONER OF
              Defendant.                       SOCIAL SECURITY
16
                                               (ECF Nos. 17, 18, 20)
17

18        Plaintiff Kristin Watson ("Plaintiff") initiated this action seeking judicial review of a final

19   decision of the Commissioner of Social Security.  (ECF No. 1).  This matter was referred to a

20   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).

21   (E.D. Cal. 2022).

22        On January 9, 2023, the assigned Magistrate Judge issued findings and recommendations

23   recommending that Plaintiff's motion for summary judgment be denied, Defendant's cross-motion

24   for summary judgment be granted, the Commissioner's decision be affirmed.  (ECF No. 20).  The

25   findings and recommendations contained a notice that any objections were due within fourteen

26   days.  (*Id.* at 1, 12).  On January 23, 2023, Plaintiff timely filed objections to the findings and

27   recommendations that largely reiterate the arguments made in her opening brief.  (ECF No. 21).

28   ///

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a

2    *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's

3    objections, the Court concludes that the Magistrate Judge's findings and recommendations are

4    supported by the record and proper analysis.

5    In her objections, Plaintiff argues that the Court should reject the Magistrate Judge's finding

6    that the ALJ properly evaluated Plaintiff's subjective complaints.  (*See* ECF No. 21.)  Plaintiff

7    reiterates her arguments made in her motion for summary judgment that the ALJ may not discredit

8    Plaintiff's testimony as to the severity of symptoms merely because they are unsupported by

9    objective medical evidence, citing to *Bunnell v. Sullivan*, 947 F.2d 341, 347-48 (9th Cir. 1991).

10   (*Id.* at 2.)   Plaintiff further contends that the ALJ failed to support the assumption that the

11   description of her symptoms as "moderately severe" is inconsistent with Plaintiff's alleged degree

12   of functional limitations caused by those symptoms.  (*Id.* at 3.)  In *Bunnell*, the court held that pain

13   need not be corroborated by objective medical findings, but some impairment must be medically

14   ascertained.  *Bunnell*, 947 F.2d at 347-48.  The Court finds that Plaintiff did not have to corroborate

15   her alleged pain with objective medical findings, but Plaintiff must also demonstrate that the

16   impairment is medically ascertained.  Thus, the Court adopts the Magistrate Judge's findings and

17   recommendations, which conclude that the ALJ explicitly recognized evidence in the record that

18   could be considered more favorable to Plaintiff, including her own testimony and objective medical

19   records.  Upon review of the administrative record, the Court finds that the ALJ indeed considered

20   Plaintiff's testimony and did not discredit it.  (ECF No. 11-1 at 22, 26.)  As explained in detail, the

21   ALJ considered numerous medical professionals' findings with respect to Plaintiff conditions.  (*See*

22   ECF No. 20 at 8-9.)    Therefore, the Court adopts the Magistrate Judge's findings and

23   recommendations in full.

24   ///

25   ///

26   ///

27   ///

28   ///

ACCORDINGLY,

1. The findings and recommendations issued on January 9, 2023, (ECF No. 20), are adopted in full;

2. Plaintiff's Motion for Summary Judgment, (ECF No. 17), is DENIED;

3. Defendant's Motion for Summary Judgment, (ECF No. 18), is GRANTED and the decision of the Commissioner of Social Security is AFFIRMED; and

4. The Clerk shall enter judgment in favor of Defendant, terminate any deadlines, and close this case.

IT IS SO ORDERED.

Dated:   March 7, 2023

_____

UNITED STATES DISTRICT JUDGE